*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Tara N Bevier and Kevin C Be Vier
38 Bunting Lane
Aston, PA 19014

Debtor(s)

Case No: 20–13785–mdc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer–Identification (ITIN) No(s).,
(if any) Employer Tax–Identification (EIN) No(s). (if any).:
xxx–xx–0489
xxx–xx–4929

---

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

***NOTICE IS GIVEN THAT:***

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 2/8/21

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 11/5/20

22
Form 139